ACCEPTED
14-15-00304-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 4:09:56 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00304-CR

GEORGE MICHAEL BARLOW
A/K/A/ CHARLES EDWARD BARLOW

VS

THE STATE OF TEXAS

§
§
§
§
§

IN THE COURT OF APPEALS

14TH JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 4:09:56 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME

COMES NOW, appellant, by and through his attorney of record, Dustin R. Galmor, and in accordance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, hereby requests an extension of time in which to file his Brief and would respectfully show:

1. Name of Trial Court: 252nd Judicial District Court

2. Trial Court Style: State of Texas vs George Michael Barlow

3. Offense: Possession of a Controlled Substance

4. Punishment Assessed: 20 years in IDTDCJ

5. Present Filing Deadline: May 27, 2015

6. Length of Extension Requested: 30 days

7. Number of Previous Extensions: None

8. Good Cause for this Extension is as follows: Counsel is involved in preparation for trial in other matters with prior filing dates.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully files this motion before the expiration of the filing deadline, and prays for the requested extension.

Respectfully submitted,

/s/ Dustin R. Galmor
485 Milam Street
Beaumont, Texas 77701
SBN: 24057525
Tel: (409) 832-7757
Fax: (888) 248-9161
Email: dgalmor@galmorstovall.com

## CERTIFICATE OF SERVICE

This is to certify that the above and forgoing Motion for Extension of Time has been served upon counsel for the State by facsimile transmission on the date of filing hereof.

/s/ Dustin R. Galmor